GARY PIPKIN *v.* MADELEINE WINANS ET AL.
(10544)

NORCOTT, FREEDMAN and MALONEY, Js.

Argued May 12—decision released June 2, 1992

*John R. McLain,* for the appellant (named defendant).
*William E. McCoy,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.